# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142103-4

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

COFESSCO FIRE PROTECTION, L.L.C.,
      Plaintiff/Counter-Defendant-
      Appellee,

v

BRUCE STEELE and VANGUARD FIRE &
SUPPLY COMPANY,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs-Appellants,
and

KENNETH A. WENTWORTH and EVEN &
FRANKS, P.L.L.C.,
      Third-Party Defendants-Appellees.

SC: 142103-4
COA: 290959, 292357
Muskegon CC: 07-045605-CK

_____/

      On order of the Court, the application for leave to appeal the October 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

0321